**Francis P. SAITTA, Plaintiff— Appellant,**

v.

**MARYLAND DEPARTMENT OF HEALTH AND MENTAL HYGIENE, Defendant—Appellee.**

No. 05–1842.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 21, 2005.

Decided Dec. 13, 2005.

Francis P. Saitta, Appellant Pro Se. Timothy James Paulus, Assistant Attorney General, David Rowland Morgan, Assistant Attorney General, Baltimore, Maryland, for Appellee.

---

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Francis P. Saitta appeals the district court's order denying relief on his civil complaint, in which he alleged that his due process rights were violated. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Saitta v. Md. Dep't of Health & Mental Hygiene,* No. CA–05–832–JFM (D.Md. July 19, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*